IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SMX, LLC d/b/a STAFF MANAGEMENT \| SMX, | ) ) ) |
| Defendant. | ) |

Case No. 2:18-CV-02058-JWL-JPO

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the requirements of Fed. R. Civ. P. 7.1, SMX, LLC d/b/a Staff Management/SMX, the Defendant in the above-captioned matter states it is a wholly-owned subsidiary of TrueBlue Services, Inc., which is a wholly-owned subsidiary of Staffing Solutions Holdings, Inc., which is a wholly-owned subsidiary of TrueBlue, Inc.  TrueBlue, Inc. is the only publicly traded company.  There is no company that owns 10% or more of Defendant's stock.

Respectfully submitted this 16th day of April, 2016.

*/s/ Kimberly F. Seten*
Donald Prophete (KS #77936)
Kimberly F. Seten (KS #19394)
Constangy, Brooks, Smith & Prophete, LLP
2600 Grand Blvd., Suite 750
Kansas City, MO 64108
Telephone: 816-472-6400
Facsimile: 816-329-5954
dprophete@constangy.com
kseten@constangy.com

Erica V. Mason
Georgia Bar No. 14986 (Pro Hac pending)
Constangy, Brooks, Smith & Prophete, LLP
230 Peachtree St., NW, Suite 2400
Atlanta, GA 30303

5172465v.1

>Telephone: (404) 525-8622
>Facsimile:  (404) 525-6955
>emason@constangy.com


>Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2018, I electronically transmitted the foregoing document with the Clerk of Court using the ECF System which will send notification of such filing to the following:

>Andrea G. Baran
>C. Flex Miller
>St Louis District Office
>1222 Spruce Street, Room 8.100
>St. Louis, MO 63130
>andrea.baran@eeoc.gov
>felix.miller@eeoc.gov

>Dana F. Deck
>Emily A. Keatley
>400 State Ave., Suite 905
>Kansas City, KS 66101
>dayna.deck@eeoc.gov
>emily.keatley@eeoc.gov

>ATTORNEYS FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISION

>>/s/ Kimberly F. Seten
>>An Attorney for Defendants

5172465v.1