**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>    Plaintiff,              )<br>                                )<br>v.                              )<br>                                )<br>SMX, LLC d/b/a STAFF    )<br>MANAGEMENT \| SMX,    )<br>                                )<br>    Defendant.             ) | Case No. 2:18-CV-02058-JWL-JPO |

**DEFENDANT'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S
MOTION TO PRECLUDE CLAIMS FOR CLASS RELIEF
BASED ON FAILURE TO SATISFY CONDITIONS PRECEDENT**

COMES NOW, Defendant SMX, LLC d/b/a Staff Management | SMX, by and through the undersigned counsel, and hereby partially opposes Plaintiff Equal Employment Opportunity Commission's Motion For Extension Of Time To Reply To Defendant's Motion To Preclude Claims For Class Relief Based On Failure To Satisfy Conditions Precedent for the reasons set forth below:

1.  On November 1, 2018, Defendant filed its Motion To Preclude Claims For Class Relief Based On Failure To Satisfy Conditions Precedent (Dkt. 31), consistent with the deadline set forth in the June 1, 2018 Scheduling Order entered by the Court in this matter (Dkt. 10).

2.  Plaintiff's response to Defendant's Motion is due on or before November 15, 2018.

3.  On November 9, 2018, Plaintiff filed the instant Motion for Extension of Time to respond to Defendant's Motion, seeking a 32-day extension of the deadline to respond, through and until December 17, 2018.

4.	Defendant opposes Plaintiff's Motion, in part, and instead requests that the Court grant Plaintiff a 21-day extension through and until December 6, 2018 to respond to Defendant's Motion for the reasons set forth below.

5.	As a threshold matter, Plaintiff's Motion does not comply with Local Rule 6.1 in that Plaintiff's Motion does not state whether Plaintiff consulted with Defendant as to whether Defendant opposed Plaintiff's request for additional time.  Specifically, Plaintiff did not attempt to obtain Defendant's position on the requested extension before filing its Motion.

6.	Contrary to Plaintiff's claim, Defendant's Motion is not "essentially" a motion for summary judgment, but rather deals with the conditions precedent to the EEOC's maintenance of class claims.  The deadline for Defendant's Motion to occur in advance of the summary judgment deadline was requested by Counsel for the EEOC at the May 31, 2018 scheduling conference.

7.	Given the limited level of inquiry permitted into the issues raised in Defendant's Motion by the Supreme Court's ruling in *Mach Mining, LLC v. EEOC*, 135 S. Ct. 1645, 1656 (2015), Plaintiff has failed to set forth reasons, with sufficient specificity, for its 32-day requested extension.

8.	Lastly, Plaintiff's contention that its response to Defendant's Motion could be determined by ongoing discovery is inapposite where the focus of the inquiry in Defendant's Motion is on the EEOC's pre-suit conduct during investigation and conciliation.  Plaintiff's discovery efforts after the filing of the suit are not relevant for purposes of Defendant's Motion, and should have no bearing on Plaintiff's requested extension.

WHEREFORE, Defendant respectfully requests that the Court deny, in part, Plaintiff's Motion and instead grant Plaintiff a 21-day extension, up to and including December 6, 2018 to file its response to Defendant's Motion.

Respectfully submitted this 14th day of November, 2018.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**


 /s/ Kimberly F. Seten
Donald Prophete (KS #77936)
Kimberly F. Seten (KS #19394)
Heather M. Miller (KS #78751)
2600 Grand Blvd., Suite 750
Kansas City, MO 64108
Telephone: 816-472-6400
Facsimile: 816-472-6401
dprophete@constangy.com
kseten@constangy.com
hmiller@constangy.com


Erica V. Mason
Georgia Bar No. 14986 (Admitted *Pro Hac Vice*)
230 Peachtree St., NW, Suite 2400
Atlanta, GA 30303
Telephone: (404) 525-8622
Facsimile: (404) 525-6955
emason@constangy.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of November, 2018, a copy of the above and foregoing was served via the Court's electronic filing system, on the following:

Andrea G. Baran
C. Flex Miller
St Louis District Office
1222 Spruce Street, Room 8.100
St. Louis, MO 63130
eeocsmxks@eeoc.gov

Dayna F. Deck
Emily A. Keatley
400 State Ave., Suite 905
Kansas City, KS 66101
dayna.deck@eeoc.gov
eeocsmxks@eeoc.gov

ATTORNEYS FOR PLAINTIFF EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION

/s/ Kimberly F. Seten
Attorney for Defendant

5524031v.1