### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| | ) **Case No. 2:18-CV-02058-HLT-JPO** |
| **v.** | )<br>) |
| **SMX, LLC d/b/a STAFF MANAGEMENT | SMX,** | )<br>)<br>) |
| **Defendant.** | ) |

### NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO PRECLUDE CLAIMS FOR CLASS RELIEF BASED ON FAILURE TO SATISFY CONDITIONS PRECEDENT UPON FILING OF FIRST AMENDED COMPLAINT

Defendant SMX, LLC d/b/a Staff Management | SMX ("Defendant" or "SMX"), by and through the undersigned counsel, hereby states that upon the granting of Plaintiff EEOC's Unopposed Motion for Leave to File First Amended Complaint (Doc. # 37), Defendant hereby withdraws its Motion to Preclude Claims for Class Relief Based on Failure to Satisfy Conditions Precedent with Supporting Memorandum of Law filed on November 1, 2018 (Doc. # 31).

Respectfully submitted this 6th day of December, 2018.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

/s/ Kimberly F. Seten
Donald Prophete (KS #77936)
Kimberly F. Seten (KS #19394)
Heather M. Miller (KS #78751)
2600 Grand Blvd., Suite 750
Kansas City, MO 64108
Telephone: 816-472-6400
Facsimile: 816-472-6401
dprophete@constangy.com
kseten@constangy.com
hmiller@constangy.com

5550674v.1

Erica V. Mason
Georgia Bar No. 14986 (Admitted *Pro Hac Vice*)
230 Peachtree St., NW, Suite 2400
Atlanta, GA 30303
Telephone: (404) 525-8622
Facsimile: (404) 525-6955
emason@constangy.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of December, 2018, a copy of the above and foregoing was served via the Court's electronic filing system, on the following:

Andrea G. Baran
C. Flex Miller
St Louis District Office
1222 Spruce Street, Room 8.100
St. Louis, MO 63130
eeocsmxks@eeoc.gov

Dayna F. Deck
Emily A. Keatley
400 State Ave., Suite 905
Kansas City, KS 66101
dayna.deck@eeoc.gov
eeocsmxks@eeoc.gov

ATTORNEYS FOR PLAINTIFF EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION

/s/ Kimberly F. Seten
Attorney for Defendant

5550674v.1