## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

EQUAL EMPLOYMENT )
OPPORTUNITY COMMISSION, )
                        )
      Plaintiff, )
v. ) Case No. 18-2058-HLT
                        )
SMX, LLC d/b/a STAFF )
MANAGEMENT | SMX, )
                        )
      Defendant. )

## ORDER

Upon the parties' Joint Motion for an Extension of Time to File a Motion to Amend the Scheduling Order (ECF No. 45) and good cause appearing,

**IT IS HEREBY ORDERED** that due to the pending mediation scheduled for February 26, 2019, the parties are granted an extension to file a motion for entry of an amended scheduling order. The motion and proposed amended scheduling order, extending deadlines due to the recent federal government shutdown, are due by March 1, 2019.

DATED February 1, 2019, at Kansas City, Kansas.


                          s/ James P. O'Hara
                         James P. O'Hara
                         United States Magistrate Judge